**Order entered January 31, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00362-CV

**NINA D. WHITE, Appellant**

**V.**

**GUADALUPE PADILLA, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08917**

## ORDER

Before the Court is appellant's January 25, 2017 second motion for an extension of time to file an amended brief. We **GRANT** the motion. Appellant shall file an amended brief by February 15, 2017.

/s/    ELIZABETH LANG-MIERS
          JUSTICE